(81 Hun, 81.)

## LEE v. TIMKEN.

(Supreme Court, General Term, First Department. October 12, 1894.)

Appeal from special term, New York county.
Action by Emeline Lee against Mary A. Timken. From an order sustaining a demurrer to the complaint, plaintiff appeals. Dismissed.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

V. W. Kingsley, for appellant.
Geo. E. Mott, for respondent.

PER CURIAM. As we have had occasion to point out in the case of Sheffield v. Robinson (decided herewith) 30 N. Y. Supp. 799, an order sustaining or overruling a demurrer is not appealable; the appeal must be from the judgment. Appeal accordingly dismissed, with $10 costs and disbursements.

---

[1] See Sheffield v. Early (Sup.) 25 N. Y. Supp. 1098.